IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Bobby J

Printed: 9/3/08

Case Number: 05 B 23657
Judge: Squires, John H
Filed: 6/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: July 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 18,213.60 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,109.81 |
| Other Funds: |  | 376.59 |
| Totals: | 21,700.00 | 21,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 725.11 | 725.11 |
| 3. | Discover Financial Services | Unsecured | 14,729.53 | 14,729.53 |
| 4. | Resurgent Capital Services | Unsecured | 1,728.03 | 1,728.03 |
| 5. | RoundUp Funding LLC | Unsecured | 1,030.93 | 1,030.93 |
| 6. | Universal Mortgage Corp | Secured |  | No Claim Filed |
| 7. | St Francis Hospital | Unsecured |  | No Claim Filed |
| 8. | Unifund Corporation | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,213.60 | $ 20,213.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 32.47 |
| 5.5% | 363.98 |
| 5% | 104.99 |
| 4.8% | 201.62 |
| 5.4% | 340.22 |
| 6.5% | 66.53 |
|  | _____ |
|  | $ 1,109.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Robinson, Bobby J

Printed: 9/3/08

Case Number: 05 B 23657
Judge: Squires, John H
Filed: 6/15/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*